## UNITED STATE BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**IN RE:**   PLA Four 107 LLC

**CASE NO.:**   24-16217 (VFP)

**CHAPTER:**   11

**APPLICANT: The Meglio Group, P.C.**

**CLIENT:**   PLA Four 107 LLC

**CASE FILED:**   June 20, 2024

COMPLETION <u>AND SIGNING</u> OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
<u>PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746.</u>

<u>RETENTION ORDER ATTACHED</u>

---

### SECTION I
### FEE SUMMARY

---

MONTHLY FEE STATEMENT NO.   _____4_____
INTERIM FEE APPLICATION NO.   _____ OR FINAL FEE APPLICATION _____

|  | Fees | Expenses |
|---|---|---|
| TOTAL PREVIOUS FEE REQUESTED: | $7,200 | $0.00 |
| TOTAL FEES ALLOWED TO DATE; | $0.00 | $0.00 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $1,800 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $0.00 | $0.00 |

## MONTHLY FEE STATEMENT OF THE MEGLIO GROUP, P.C. FOR OCTOBER 2024

The Meglio Group, P.C. ("Meglio"), as accountants for the above-captioned Debtors, hereby submits this monthly fee statement for October 2024. Meglio's retention was approved by Order dated August 12, 2024 (the "Retention Order") [Docket No. 33], a copy of which is attached hereto as Exhibit A. Pursuant to the Retention Order, Meglio's retention was approved on a flat fee basis of $3,000 per month, without the need to keep time.

Meglio has performed accounting services for each of the Debtor during the period for which compensation is sought. Pursuant to this Court's administrative fee Order [Docket No. 48], Meglio seeks 80% of its monthly compensation at this time, in the amount of **$2,400**, with a holdback in the amount of $600. Meglio understands that all monthly payments remain subject to final allowance upon proper application therefor.

F0216534 - 1

The Meglio Group, P.C.

By: *Steven O Meglio*

Steven O. Meglio

Dated: November 22, 2024

F0216534 - 1

2

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**WEBBER MCGILL LLC**
Douglas J. McGill, Esq.
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
(973) 739-9559
dmcgill@webbermcgill.com

*Proposed Attorneys for Debtor-in-Possession*

In re:

PLA Four 107 LLC,

Debtor-in-Possession.

Case No. 24-16217 (VFP)

Chapter 11

Honorable Vincent F. Papalia

Order Filed on August 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER AUTHORIZING RETENTION OF
## THE MEGLIO GROUP, P.C. AS ACCOUNTANTS FOR DEBTORS-IN-POSSESSION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 8, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

In re.:        PLA Four 107 LLC
Case No.:      24-16227 (VFP)
Applicant:     PLA Four 107 LLC

Applicant:  PLA Four 107 LLC

     ☐ Trustee:  ☐ Chap. 7      ☐ Chap. 11      ☐ Chap. 13.

     ☒ Debtor:  ☒ Chap. 11      ☐ Chap. 13

     ☐ Official Committee of _____

Professional:  The Meglio Group, P.C.

Address:        28 Bloomfield Avenue, Suite 100
                Pine Brook, New Jersey 07058

     ☐ Attorneys for:

         ☐ Trustee   ☒ Debtor-in-Possession

         ☐ Official Committee of _____

     ☒ Accountant for:

         ☐ Trustee   ☒ Debtor-in-Possession

         ☐ Official Committee of _____

     ☐ Other Professional:

         ☐ Realtor   ☐ Appraiser   ☐ Special Counsel ☐ Auctioneer

         ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1.  The applicant, PLA Four 107 LLC is authorized to retain the professional, The Meglio Group, P.C., to act as their accountants, pursuant to 11 U.S.C. § 327(a).

2.  Compensation shall be paid on a flat fee basis of $3,000 per month, without the need to keep time, pursuant to D.N.J. LBR 2016-1(e), subject to allowance by the Court upon proper application(s) therefor.

3.  The effective date of retention is June 20, 2024.

2