**WEBBER MCGILL LLC**
Douglas J. McGill, Esq.
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
Tel:  (973) 739-9559
dmcgill@webbermcgill.com
*Attorneys for Debtor-in-Possession*

**Order Filed on February 21, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re:

PLA Four 107 LLC,

        Debtor-in-Possession.

Chapter 11

Case No.  24-16217 (VFP)

## ORDER GRANTING FIRST INTERIM ALLOWANCES TO
## WEBBER MCGILL LLC, ATTORNEYS FOR DEBTOR

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: February 21, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:              PLA Four 107 LLC
Case No:            24-16217 (VFP)
Caption of Order:   Order Granting First Interim Allowances to Webber McGill LLC, Attorneys for Debtor

**THIS MATTER**, having been opened before this Court upon the First Interim Application for Allowance of Fees and Expenses to Webber McGill LLC, Attorneys for Debtor (the "Application"); and good and sufficient notice of the hearing on the Application having been provided; and good and sufficient cause having been shown, it is

**ORDERED**, that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Webber McGill LLC<br>*Attorneys for Debtor* | $11,385.00 | $775.11 |