PORZIO
BROMBERG & NEWMAN

Brett S. Moore
Member, NJ and NY Bars
Direct Dial No.: 646-348-6723
E-mail Address: bsmoore@pbnlaw.com

1675 Broadway, Suite 1810
New York, NY 10019
Telephone: (212) 265-6888
Fax: (212) 957-3983

June 25, 2026

**VIA E-MAIL (chambers_of_vfp@njb.uscourts.gov) and ECF Filing**
Honorable Vincent F. Papalia
United States Bankruptcy Court
for the District of New Jersey
50 Walnut Street, 3rd Floor
Newark, NJ 07102

Re: *In re PLA FOUR 107 LLC*
Case No. 24-16217 (VFP)

Dear Judge Papalia:

This firm represents Mr. Brian Ryniker of RK Consultants LLC as the Plan Administrator in connection with the above referenced bankruptcy case of PLA Four 107 LLC (the "Debtor") pending before Your Honor.

We write to provide Your Honor and interested parties with a further update on the auction process authorized by the Court. As set forth in my correspondence to Your Honor dated June 3, 2026 (ECF No. 141), the parties agreed to extend the bid deadline to June 18, 2026 (the "Amended Bid Deadline"). The parties did receive several bids as on the Amended Bid Deadline, as well as a number of letters of intent. Given the nature of the expressions of interest, the parties have determined that it is in the best interest of the estate to post-pone the auction date to July 9, 2026 to allow for the possibility of qualifying more bids. As such, the parties have agreed upon the following revised schedule:

- Amended Auction Date[1]: July 9, 2026 at 11:00 a.m. (EST)
- Notice of Auction Results: No later than July 14, 2026 at 5:00 p.m. (EST).
- Sale Objection Deadline: 5:00 p.m. (EST) on the seventh (7th) day after the Notice of Auction Results is filed with the Court.
- Sale Hearing: Pursuant to the Bid Procedures, a Sale Hearing will not be held unless a party timely files and serves a Sale Objection.

[1] The Auction will only occur if two or more bids are deemed Qualified Bids.

We will timely update Your Honor and parties in interest with an additional status letter to the extent that the above schedule is modified further. Please have a member of Your Honor's staff contact the undersigned if there are any questions.

Respectfully submitted,

Brett S. Moore

cc: Brian Ryniker, RK Consultants LLC (via email)
Fred Stevens, Esq., and Brendan Scott, Esq. (via email) (counsel to the Plan Proponent)
Douglas McGill, Esq. (via email) (counsel to the Debtor)