UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>PLA Four 107 LLC<br>Debtors. | Case No.: 24-16217<br>Chapter: 11<br>Hearing Date: September 15, 2026<br>Judge: Vincent F. Papalia |

**NOTICE OF INTENTION TO CLOSE CASE**
**PURSUANT TO D.N.J. LBR 3022-1(a)**

TO: DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after September 15, 2026 unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date: September 15, 2026
Time: 10:00am
Location: U.S. Bankruptcy Court
50 Walnut Street
Newark,NJ 07102

DATED: July 9, 2026

JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*