| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
|---|---|
| **PORZIO, BROMBERG & NEWMAN, P.C.**<br>5 Sylvan Way<br>P.O. Box 218<br>Parsippany, New Jersey 07054<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Brett S. Moore, Esq. (bsmoore@pbnlaw.com)<br>Cheryl A. Santaniello, Esq. (casantaniello@pbnlaw.com)<br><br>*Counsel to Plan Administrator* | |
| In re:<br><br>PLA FOUR 107 LLC,<br><br>Debtor-in-Possession. | Chapter: 11<br><br>Case No.: 24-16217 (VFP) |

# NOTICE OF AUCTION RESULTS

**PLEASE TAKE NOTICE** that RK Consultants LLC, by and through Brian Ryniker, in its capacity as the court-appointed plan administrator of the estate of PLA Four 107 LLC (the "Plan Administrator"), by and through undersigned counsel, hereby files this Notice of Auction Results regarding the sale process for the Debtor's real property located at 107 New Street, East Orange, New Jersey 07017, as more particularly described below.

**PLEASE TAKE FURTHER NOTICE** that PLA Four 107 LLC is the debtor in the above-captioned chapter 11 case, Case No. 24-16217 (VFP), pending before the United States Bankruptcy Court for the District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that the Debtor commenced this chapter 11 case on June 20, 2024, by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that, on February 5, 2026, the Court entered its Findings of Fact, Conclusions of Law, and Order Pursuant to 11 U.S.C. § 1129 and Fed. R. Bankr. P. 3020 Confirming Lender's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 123] (the "Confirmation Order"), confirming the Lender's Plan of Liquidation [Docket No. 104] (as confirmed, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order approved the Bidding Procedures annexed to the Plan as Exhibit A [Docket No. 104-1] (the "Bidding Procedures") and

authorized the Plan Administrator to consummate the sale of the Debtor's real property in accordance with the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator is authorized under the Plan and Confirmation Order to market and sell the Debtor's real property, subject to the terms of the Plan and the Bidding Procedures, and the Confirmation Order provides that the Plan Administrator has all powers and duties set forth in section 5.4 of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the real property subject to the sale process is the Debtor's real property and related interests located at 107 New Street, East Orange, New Jersey 07017, which is identified in the Purchase and Sale Agreement as Block 251, Lot 1 on the official tax map of the City of East Orange, Essex County, New Jersey, together with the improvements thereon, including a residential building consisting of sixty-four dwelling units totaling approximately 29,399 square feet (the "Real Property").

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures authorized the Plan Administrator, in consultation with the Plan Proponent, to solicit bids, determine whether a potential bidder submitted a qualified bid, evaluate bids, and conduct an auction if at least two qualified bids were timely received.

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures further provide that the Plan Administrator, in consultation with the Plan Proponent, may determine whether any bid is higher or otherwise better, may consider proposed conditions to closing, timing, and likelihood of obtaining necessary approvals, and may determine the highest or otherwise best offer for the property.

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures provide that the Plan Administrator is required to conduct an auction only if at least two qualified bids are timely received by the bid deadline for the Real Property.

**PLEASE TAKE FURTHER NOTICE** that 107 New Street Owner LLC, identified herein as Arbor or Arbor's affiliate, is the Lender, the Debtor's secured prepetition lender, and the Plan Proponent under the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures provide that the Plan Proponent is deemed a qualified bidder and is excused from complying with the Bidding Procedures in order to credit bid its position pursuant to 11 U.S.C. § 363(k).

**PLEASE TAKE FURTHER NOTICE** that, following the Plan Administrator's solicitation and qualification process, the Plan Administrator received and qualified one bid for the purchase of the Real Property, which was submitted by PEEK Capital, LLC, ("PEEK" or the "Purchaser"), pursuant to that certain Purchase and Sale Agreement dated July __, 2026, by and between PEEK, as Purchaser, and RK Consultants LLC, solely in its capacity as Plan Administrator, as Seller.

**PLEASE TAKE FURTHER NOTICE** that, because the Plan Administrator did not receive at least two qualified bids, no auction was conducted under the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, in connection with the sale process, Arbor, as lender, Plan Proponent, and holder of credit bid rights under the Bidding Procedures, accepted PEEK's purchase price of $6,300,000.

**PLEASE TAKE FURTHER NOTICE** that the material terms of the proposed sale to PEEK include a total purchase price of $6,300,000, consisting of a $200,000 deposit to be held in escrow by the Plan Administrator's counsel as Escrow Agent, and a balance of approximately $6,100,000 payable at closing, subject to adjustments and prorations under the Purchase and Sale Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Purchase and Sale Agreement contemplates the sale, conveyance, transfer, and assignment of Seller's right, title, and interest in the Real Property, the improvements, appurtenant rights, certain fixtures and personal property, the Tenant Leases, and assignable service contracts.

**PLEASE TAKE FURTHER NOTICE** that the Purchase and Sale Agreement provides that the sale is to be consummated pursuant to and in accordance with the Plan, the Bidding Procedures, and the Confirmation Order, and that the Property is to be conveyed free and clear of liens, claims, encumbrances, and interests, subject only to the Tenant Leases and other permitted exceptions identified in the Plan or Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Purchase and Sale Agreement provides that the Property is being sold on an "AS IS, WHERE IS" basis and without representations or warranties of any kind by the Plan Administrator, the Debtor, the estate, or their respective agents, except for Seller's limited representations expressly set forth in the Purchase and Sale Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Purchase and Sale Agreement provides for a thirty-day due diligence period, during which PEEK may conduct due diligence and terminate the agreement before expiration of that period and receive a return of the deposit, subject to the terms of the Purchase and Sale Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Purchase and Sale Agreement provides that the transaction is contingent upon PEEK obtaining senior mortgage financing on commercially reasonable terms during a thirty-day financing contingency period, and either party may terminate if the financing contingency is not satisfied or waived within that period.

**PLEASE TAKE FURTHER NOTICE** that the Purchase and Sale Agreement provides that closing is to occur no later than thirty business days following the later of the auction, if applicable, the sale hearing, if applicable, waiver of the due diligence period, or waiver of the financing contingency, subject to the terms of the Purchase and Sale Agreement and the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Purchase and Sale Agreement provides that, at closing, Seller will deliver a Plan Administrator's Deed or Trustee's Deed conveying fee simple title to PEEK consistent with the Plan and Confirmation Order and subject only to permitted exceptions, together with related closing deliverables, including assignment documents for the Tenant Leases and security deposits and an updated rent roll.

**PLEASE TAKE FURTHER NOTICE** that the Purchase and Sale Agreement provides that the Tenant Leases shall be deemed assumed by the Debtor and assigned to PEEK as of the closing date, and that PEEK shall assume landlord obligations under the Tenant Leases from and after closing.

**PLEASE TAKE FURTHER NOTICE** that the Purchase and Sale Agreement provides that each party will pay its own attorneys' fees, that PEEK will pay certain survey, title insurance, deed recording, mansion tax, and purchaser-side closing costs, and that the parties acknowledge the transfer-tax exemption available under section 1146(a) of the Bankruptcy Code and the Confirmation Order to the maximum extent permitted by applicable law.

**PLEASE TAKE FURTHER NOTICE** that the Purchase and Sale Agreement provides that the Bankruptcy Court shall have exclusive jurisdiction over any matter or dispute relating to the Purchase and Sale Agreement, the sale of the Property, and any matter relating thereto.

**PLEASE TAKE FURTHER NOTICE** that no backup bidder has been designated because no auction was conducted and no second qualified bid was received.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures, sale objections, if any, must be filed and served within seven days after this Notice of Auction Results is filed and served, and any such objection must be in writing, specify with particularity the basis of the objection, and be served on the parties identified in the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, if no timely sale objection is filed and served, the sale of the Real Property free and clear of liens, claims, interests, encumbrances, and security interests, except as expressly assumed by the successful bidder and subject to the terms of the Plan, Confirmation Order, Bidding Procedures, and Purchase and Sale Agreement, shall be deemed approved and authorized by the Court as provided in the Plan and Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, if a timely sale objection is filed and served, the Court will schedule a hearing to consider whether to approve the sale over such objection, and no offer shall be deemed accepted unless the objection deadline expires without a timely sale objection or, if a timely sale objection is filed, the Court enters an order approving the sale.

**PLEASE TAKE FURTHER NOTICE** that nothing in this Notice shall be construed as a waiver of any rights, claims, defenses, remedies, or objections of the Plan Administrator, the Debtor's estate, Arbor, or any other party in interest, all of which are expressly reserved, including without limitation all rights and remedies under the Plan, the Confirmation Order, the Bidding Procedures, the Purchase and Sale Agreement, and applicable law.

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator reserves all rights to take such further actions and execute such further documents as may be necessary or appropriate to consummate the sale to PEEK in accordance with the Plan, the Confirmation Order, the Bidding Procedures, and the Purchase and Sale Agreement.

Dated: July 17, 2026

**PORZIO, BROMBERG & NEWMAN, P.C.**

By: */s/ Brett S. Moore*

Brett S. Moore, Esq.
Cheryl A. Santaniello, Esq.
5 Sylvan Way
P.O. Box 218
Parsippany, New Jersey 07054
(973) 538-4006
E-mail: bsmoore@pbnlaw.com

*Counsel to the Plan Administrator*