| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| **PORZIO, BROMBERG & NEWMAN, P.C.**<br>5 Sylvan Way, Suite 110<br>P.O. Box 218<br>Parsippany, NJ 07054<br>Telephone: (973) 538-4006<br>Brett S. Moore, Esq. (bsmoore@pbnlaw.com)<br><br>*Counsel to RK Consultants LLC, as Plan Administrator* | |
| In re:<br><br>PLA FOUR 107 LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-16217 (VFP) |

**PLAN ADMINISTRATOR'S OBJECTION TO NOTICE OF INTENTION TO CLOSE CASE PURSUANT TO D.N.J. LBR 3022-1(a)**

RK Consultants LLC, by and through Brian Ryniker, in its capacity as the court-appointed plan administrator of the estate of PLA Four 107 LLC (the "Plan Administrator") established pursuant to *Lender's Plan of Liquidation*, which was confirmed by the Bankruptcy Court Order dated February 5, 2026, by and through its undersigned counsel, submits this objection (the "Objection") to the Court's *Notice of Intention to Close Case Pursuant to D.N.J. LBR 3022-1(a)* [Dkt. No. 143] and respectfully requests that the Court extend the time for closing this chapter 11 case (the "Chapter 11 Case") to March 17, 2027 (*i.e.*, one hundred eighty (180) days) to coincide with the proposed Claims Objection Deadline (defined below)), without prejudice to the Plan Administrator's right to seek a further extension.

## BACKGROUND

1. On June 20, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case").

2. On February 5, 2026, the Court entered the *Findings Of Fact, Conclusions Of Law, And Order Pursuant to 11 U.S.C. § 1129 and Fed. R. Bankr. P. 3020 Confirming Lender's Plan of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code* [Docket No. 123] (the "Confirmation Order"), which approved on a final basis the *Disclosure Statement Relating to Lender's Plan of Liquidation* (as further modified, revised, supplemented and amended) [Docket No. 105]; and confirmed the *Lender's Plan of Liquidation* (as further modified, revised, supplemented and amended, including all attachments and exhibits thereto) [Docket No. 104] (the "Plan").

3. Through the Plan and Confirmation Order, Brian Ryniker of RK Consultants LLC was appointed Plan Administrator.

4. The Plan Administrator's current deadline to file claim objections is September 5, 2026, and the Plan Administrator has filed a motion seeking to extend that deadline by one hundred and eight (180) days to March 4, 2027 (the "Proposed Claim Objection Deadline") [*see* Dkt. No. 147].

## OBJECTION

5. By this Objection, the Plan Administrator respectfully requests that the Court extend the time for closing the Chapter 11 Case to March 17, 2027 (*i.e.*, one hundred eighty (180) days) to coincide with the Proposed Claims Objection Deadline, without prejudice to the Plan Administrator's right to seek a further extension.

6. D.N.J. LBR 3022-1(a) generally provides for the Court to "close a chapter 11 case 180 days after entry of the order confirming the plan." However, D.N.J. LBR 3022-1 permits a party in interest to seek to extend the time for closing the case by filing a motion or an objection to the Court's *Notice of Intention to Close the Case Pursuant to D.N.J. LBR 3022-1(a)*.[1]

7. The Plan Administrator files this Objection because the Plan Administrator requires additional time to resolve disputed claims and complete the claims reconciliation process.

8. The Plan Administrator is in the process of reviewing the proofs of claim filed in the Chapter 11 Case and has already identified additional claims to which the Plan Administrator anticipates objecting.

9. To provide the Plan Administrator with adequate time to discharge their duties and maximize the recoveries of legitimate creditors of the Debtor's estate, the Plan Administrator respectfully requests that the time to close the Chapter 11 Case be extended to March 17, 2027, without prejudice to the Plan Administrator's right to seek a further extension.

## CONCLUSION

**WHEREFORE**, the Plan Administrator respectfully requests that the Court enter an Order: (a) extending the time for closing the Chapter 11 Case to March 17, 2027, without prejudice to the Plan Administrator's right to seek a further extension; and (b) granting such other and further relief as the Court deems just and proper.

[1] *See* 2023 Comment to D.N.J. LBR 3022-1 ("If an objection is filed by a party in response to a *Notice of Intention to Close the Case Pursuant to D.N.J. LBR 3022-1(a)* opposing closure and requesting that the case remain open, such party is not required to file a separate motion for an extension pursuant to D.N.J. LBR 3022-1(c)").

Dated: September 9, 2026

Respectfully submitted,

**PORZIO, BROMBERG & NEWMAN, P.C.**

By: _/s/ Brett S. Moore_
Brett S. Moore, Esq.
5 Sylvan Way, Suite 110
P.O. Box 218
Parsippany, NJ 07054
Telephone: (973) 538-4006
Email: bsmoore@pbnlaw.com

*Counsel to RK Consultants LLC, as Plan Administrator*