Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 24−16217−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
PLA Four 107 LLC
80 West Century Road
Paramus, NJ 07652

Social Security No.:

Employer's Tax I.D. No.:
47−4410727

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/6/27 at 10:00 AM

to consider and act upon the following:

***143*** − Notice of Intention to Close Case. Hearing date if Objection filed: 9/15/2026. Notice served on the debtor, debtor's attorney, attorney for creditors' committee, if any, Trustee, if any and United States Trustee. Objections due by 9/8/2026. Deadline to close chapter 11 case is 9/18/2026. (jf)

***148*** − Objection to Notice of Intention to Close Case Pursuant to D.N.J. LBR 3022−1(a) (related document:143 Notice of Intention to Close Case. Hearing date if Objection filed: 9/15/2026. Notice served on the debtor, debtor's attorney, attorney for creditors' committee, if any, Trustee, if any and United States Trustee. Objections due by 9/8/2026. Deadline to close chapter 11 case is 9/18/2026. (jf)) filed by Brett S. Moore on behalf of RK Consultants LLC, as Plan Administrator. (Moore, Brett)

Dated: 9/10/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court